# The Advocate
BATON ROUGE • NEW ORLEANS • ACADIANA

## Order Confirmation

| | | |
|---|---|---|
| **Ad Order Number** 0000120522 | **Customer** COALITION FOR BETTER GOVERNMENT | **Payor Customer** COALITION FOR BETTER GOVERNMENT | **PO Number** |
| **Sales Rep.** nkaitz | **Customer Account** 35478 | **Payor Account** 35478 | |
| **Order Taker** nkaitz | **Customer Address** 828 ST. LOUIS STREET NEW ORLEANS LA 70112 USA | **Payor Address** 828 ST. LOUIS STREET NEW ORLEANS LA 70112 USA | **Customer Fax** |
| **Order Source** | **Customer Phone** 5045220155 | **Payor Phone** 5045220155 | **Customer EMail** |

| **Affidavits** 0 | **Blind Box** | **Materials** | |
|---|---|---|---|
| **Invoice Text** | | | |

| **Net Amount** $2,760.00 | **Tax Amount** $0.00 | **Total Amount** $2,760.00 | **Payment Method** Invoice | **Payment Amount** $0.00 | **Amount Due** $2,760.00 |

| **Ad Number** 0000120522-01 | **Ad Type** ROP Display | **Ad Released** No |
| **Ad Size** 4 X 10.00" | **Color** Process | |

| Run Date | Product | Placement | Position |
|---|---|---|---|
| 11/02/2016 | Crescent City Adv | Weekly | Weekly Any |
| 11/03/2016 | New Orlns Adv | Main | Main Any |



PLAINTIFF'S EXHIBIT 06