# Payment Receipt

Thursday, March 09, 2017

| | |
|---|---|
| Transaction Type: | Payment |
| Order Number: | 0008085872 |
| Payment Method: | Credit Card |
| Bad Debt: | - |
| Credit Card Number: | ***********4002 |
| Credit Card Expire Date: | 2/28/2022 |
| Payment Amount: | 1,400.00 |
| Reference Number: | 153196 |
| Charge to Company: | **NOLA Media Group** |
| Category: | ROB |
| Credit to Transaction Number: | P2132732 |
| Invoice Text: | |
| Invoice Notes: | |

| | |
|---|---|
| Customer Type: | Comm Monthly |
| Customer Category: | Non Contract |
| Customer Status: | Active |
| Customer Group: | Other |
| Customer Trade: | Other |
| Account Number: | 15442 |
| Phone Number: | 5045223287 |
| Company / Individual: | **Company** |
| Customer Name: | HOME FINDERS INTERNATIONAL |
| Customer Address: | 828 ST LOUIS ST |
| | NEW ORLEANS  LA  70112  USA |
| Check Number: | |
| Routing Number: | |



PLAINTIFF'S EXHIBIT 9