UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLIANCE FOR GOOD GOVERNMENT<br>    Plaintiff- Counterclaim<br>    Defendant<br>v.<br>COALITION FOR BETTER GOVERNMENT<br>    Defendant – Counterclaim<br>    Plaintiff | CASE NO.: 17-3679<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE<br><br>WILKINSON SECTION "J" (2) |

### SECOND AMENDED NOTICE OF APPEAL*

Notice is hereby given that Defendant/Plaintiff-in-Counterclaim COALITION FOR BETTER GOVERNMENT, hereby amends for a second time its previously filed Notice of Appeal, to wit:

Notice is hereby given that Defendant/Plaintiff-in-Counterclaim COALITION FOR BETTER GOVERNMENT, is appealing to the United States Court of Appeals for the Fifth Circuit the Judgment on Attorneys' Fees of the Honorable Carl J. Barbier dated June 22, 2018, and entered by the Clerk of Court for the United States District Court for the Eastern District of Louisiana on June 22, 2018 along with the Amended Order and Reasons of the Honorable Carl J. Barbier dated June 26, 2018, and entered by the Clerk of Court for the United States District Court for the Eastern District of Louisiana on June 26, 2018, and all other related judgments and rulings adverse to COALITION FOR BETTER GOVERNMENT.

The Judgment on Attorneys' Fees dated June 22, 2018 and entered on June 22, 2018 along with the Amended Order and Reasons dated June 26, 2018 and entered on June 26, 2018 is a final decision of the District Court that is appealable as of right pursuant to 28 U.S.C. 1291.

Respectfully submitted,

**Jacobs, Sarrat, Lovelace & Harris**

*An Association for the Practice of Law*

*/s/ Darleen M. Jacobs*
DARLEEN M. JACOBS (LSBA #7208)
AL SARRAT (LSBA #19776)
RENE D. LOVELACE (LSBA #19687)
HUNTER HARRIS (LSBA #26652)
823 St. Louis Street
New Orleans, Louisiana 70112
Tel. (504) 522-0155 and (504) 522-3287
Counsel for Defendant/Counterclaim Plaintiff, COALITION FOR BETTER GOVERNMENT

CERTIFICATE OF SERVICE

I hereby certify that I have on this 26th day of June, 2018 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all participants using the ECF system.

*/s/ Darleen M. Jacobs*
DARLEEN M. JACOBS

---

[1] *This Second Amended Notice of Appeal is done to refer to Rec. Doc. 86 which is the Amended Order and Reasons which corrects a typographical error in the Trial Court's Order and Reasons granting attorney's fees (Rec. Doc. 82). At one point in its Order the Court itself mistakenly confused Parties' names.